FILED
July 08, 2010
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0002764161

GEORGE A. ROBERTS, ESQ. SBN 77916
301 Broad Street
Nevada City, CA 95959
Telephone (530) 265-3279 Facsimile (530)265-6051
Email: ga.roberts@sbcglobal.net

Attorney for Debtor DAVID HOFER

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

In re

DAVID HOFER AND ALUMIA HOFER,

    Debtor(s).
_____/

Case No. 10-33224
MC. NO. GAR-1
MOTION FOR ORDER TO ABANDON ASSETS

DATE: August 2, 2010
TIME: 9:00 a.m.
PLACE: Courtroom 28
501 I Street
Sacramento, CA 95814
Honorable Michael McManus

    1. Moving party, DAVID HOFER, is a debtor in the above-captioned Chapter 7 proceeding.

    2. Mr. Hofer is the owner of a business operating under the fictitious business name of "Quality Photo Lab."

    3. Mr. Hofer's bankruptcy petition listed all of the business equipment and inventory on Schedule B.

    4. All of the business assets and inventory were claimed as exempt on Schedule C.

    5. Debtor has added the trustee as an additional named insured on the insurance policy.

    6. The trustee has expressed no interest in the business equipment and inventory, and has requested debtor to obtain an order for the trustee to abandon such equipment and inventory.

    Because the business equipment and inventory are of no value to the estate, moving party

respectfully requests this court to enter an order for trustee to abandon all of the business equipment and inventory listed on Schedule B.

Dated: July 7, 2010

/s/George A. Roberts
_____
George A. Roberts